UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORKEY DENNIS OGLE,<br><br>    Petitioner,<br><br>v.<br><br>MARCUS POLLARD,<br><br>    Respondent. | Case No.:  20cv1115 LAB (KSC)<br><br>**ORDER: (1) DENYING MOTION TO PROCEED IN FORMA PAUPERIS; and (2) DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a motion to proceed in forma pauperis which reflects a $294.63 trust account balance at the facility in which he is presently confined.  (ECF Nos. 4, 10.)  It appears Petitioner can afford the $5.00 filing fee.  Accordingly, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice and with leave to amend.  To have the case reopened, Petitioner must, **no later than September 14, 2020**, pay the $5.00 filing fee or submit adequate proof that Petitioner cannot pay the $5.00 filing fee.  *The Clerk of Court*

/ / /

/ / /

/ / /

/ / /

*is directed to mail Petitioner a blank Motion to Proceed In Forma Pauperis form together with a copy of this Order.*

**IT IS SO ORDERED.**

DATED: July 8, 2020

*Larry A. Burns*

Larry Alan Burns
Chief Judge, United States District Court