# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORKEY DENNIS OGLE,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.: 3:20-cv-1115-LAB-KSC<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT** |

　　　　On June 15, 2020, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus and a Motion to Proceed in Forma Pauperis in the United States District Court for the Eastern District of California. (ECF No. 4.) On June 18, 2020, the case was transferred to this Court. (ECF Nos. 8-9.)

　　　　On July 2, Petitioner filed a second Motion to Proceed in Forma Pauperis in this Court. (ECF No. 10.) On July 8, 2020, this Court denied Petitioner's Motion to Proceed in Forma Pauperis and gave Petitioner until September 14, 2020 to satisfy the filing fee requirement. (ECF No. 11.) On August 26, 2020, Petitioner paid the $5.00 filing fee, and the Court issued an Order Requiring Response to the Petition. (ECF Nos. 13-14.)

///
///
///

On September 9, 2020, Petitioner filed another Motion to Proceed in Forma Pauperis. (ECF No. 15.) Because Petitioner has paid the filing fee, the Court **DENIES** Petitioner's application to proceed in forma pauperis as moot.

**IT IS SO ORDERED**

DATED: September 23, 2020

*Larry A. Burns* (signature)

Hon. Larry Alan Burns

Chief United States District Judge